**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jean Michael SANTIAGUE, a.k.a.
Emmanuel Reid, Defendant–
Appellant.**

**No. 07–13985
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 16, 2008.

Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Jean Michael Santiague, has filed a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion

to withdraw is **GRANTED** and Santiague's conviction and sentence are **AFFIRMED**.